

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-24-00209-CR, 04-24-00210-CR, 04-24-00211-CR, 04-24-00212-CR

**EX PARTE** Danthony Reshawn **CARTER**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR8908, 2016CR8909, 2016CR8910, 2016CR8911
Honorable Andrew Carruthers, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the motions to dismiss appeal nos. 04-24-00209-CR, 04-24-00210-CR, 04-24-00211-CR, 04-24-00212-CR are GRANTED, and the appeals are DISMISSED.

SIGNED May 29, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice